IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICAL<br>ex rel. MICHAEL SURDOVEL | : <br> : <br> : | |
| Plaintiff, | : <br> : | CIVIL ACTION |
| v. | : <br> : | No. 07-0458 |
| DIGIRAD IMAGING SOLUTIONS, | : <br> : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 25th day of November 2013, upon consideration of the relator's motion to lift seal (doc. No. 2), the United States' motion to dismiss (doc. no. 3), and relator's response there to (doc. no. 5), and following oral argument on October 30, 2013,

**IT IS HEREBY ORDERED:**

1.) Relator's motion to lift seal is **GRANTED**;

2.) The United States' motion to dismiss is **GRANTED**;

3.) Relator's claims are **DISMISSED WITH PREJUDICE**;

4.) The clerk is directed to mark this case **CLOSED.**

                                                BY THE COURT

                                                /s/ Lawrence F. Stengel
                                                LAWRENCE F. STENGEL, J.